**Opinion filed April 11, 2013**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-13-00101-CR & 11-13-00102-CR

_____

**JOE DAVID NEFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause Nos. B-40,106 & B-40,249**

### M E M O R A N D U M   O P I N I O N

Appellant, Joe David Neff, is pro se on appeal. He has filed in this court motions to dismiss his appeals.

The motions are granted, and the appeals are dismissed.

PER CURIAM

April 11, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.